State v. Toler

STATE OF NORTH CAROLINA v. GENNELL WAYNE TOLER

No. 732SC283

(Filed 9 May 1973)

ON *certiorari* to review judgment of *Cohoon, Judge,* entered at the 13 March 1972 Session of Superior Court held in BEAUFORT County.

Defendant was charged with operating a motor vehicle upon a public highway while his operator's license was permanently revoked. He was convicted in the District Court and was sentenced for a term of twelve months. He appealed to the Superior Court, where he was tried de novo, was found guilty by the jury, and was sentenced for the term of eighteen months. The Court of Appeals allowed his petition for writ of certiorari to perfect a late appeal.

*Attorney General Robert Morgan by Assistant Attorneys General William W. Melvin and William B. Ray for the State.*

*T. R. Thompson, Jr., for defendant appellant.*

PARKER, Judge.

We have carefully examined all assignments of error and have considered all questions discussed in defendant's brief and find no prejudicial error in defendant's trial or in the judgment imposed. There was ample evidence to sustain the verdict. The sentence imposed was within statutory limits. G.S. 20-28; G.S. 14-3. It was permissible for the Superior Court to impose a sentence in excess of the one imposed in the District Court. *State v. Tuggle,* 17 N.C. App. 329, 194 S.E. 2d 50.

No error.

Judges BROCK and BRITT concur.